**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAFAEL VALADEZ JR.<br><br>    Defendant. | Case No. 21-MJ-00648-ZMF |

**NOTICE OF APPEARANCE**

Deputy Federal Public Defender Angela C. C. Viramontes, enters her Notice of Appearance on behalf of Defendant Rafael Valadez Jr.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

                                      Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
                                      Federal Public Defender

DATED: November 19, 2021      By  /s/ *Angela C. C. Viramontes*
                                      ANGELA C. C. VIRAMONTES
                                      Deputy Federal Public Defender
                                      (Bar No. 228228)
                                      3801 University Avenue, Suite 700
                                      Riverside, California  92501
                                      Telephone:  (951) 276-6346
                                      (E-Mail:  Angela_Viramontes@fd.org)

1